Esteemed counsel Mudd,

As per our conversation, I have been assigned the case of reference and my contact information is included below.
Please kindly provide us with copy of the executed summonses propounded on defendants Anaís Rodríguez Vega and Damaris Miranda Maisonave.
As soon as received, we will file our appearance and request for an enlargement of time to plead.

Regards,



**Lcdo. Rafael B. Fernández Castañer**
Departamento de Justicia de Puerto Rico
División de Litigios Federales y Quiebras
rfernandez@justicia.pr.gov
(787) 721-2900 Ext: 1423, 22, 21

www.justicia.pr.gov

AVISO DE CONFIDENCIALIDAD: El texto y los documentos que acompañan este correo electrónico están destinados sólo para el uso de la persona, personas o entidades mencionadas anteriormente. Si usted no es uno de los destinatarios se le notifica que cualquier divulgación, copia, distribución o si se lleva a cabo cualquier acción en relación con el contenido de este correo electrónico queda estrictamente prohibido. Si usted ha recibido este correo electrónico por error, favor notificar inmediatamente al Departamento de Justicia al (787) 721-2900, ext. 1423 o 1413 y **devuelva el correo electrónico original a la persona que lo envió.**

CONFIDENTIALITY NOTE: The text and documents accompanying this electronic mail are intended only for the use of the individuals or entities named above. If you are not one of the intended recipients, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this electronic information is strictly prohibited. If you have received this electronic mail by error, please immediately notify the Justice Department at (787) 721-2900, ext. 1423 or 1413 and **return the original electronic mail to the sender.**

---

**JOHN MUDD** <johnmuddlaw@gmail.com>    Fri, Dec 20, 2024 at 4:13 PM
To: Rafael Fernandez Castañer <rfernandez@justicia.pr.gov>

I totally disagree with your assessment. However, in the spirit of solving things, were can I serve her since she resigned her position.
[Quoted text hidden]
--

JOHN E. MUDD
LAW OFFICES OF JOHN E. MUDD
P.O.BOX 194134
SAN JUAN, PR 00919-4134
(787)413-1673
(787)753-2207 fax
http://www.johnmuddlaw.com

http://www.facebook.com/MuddLaw
http://twitter.com/muddlaw

This e-mail and any attachments are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachments is strictly prohibited. If you receive this e-mail in error, please immediately notify the sender and permanently delete the original and any copy of this e-mail and any attachments and destroy any printed versions of the same.

**Rafael Fernandez Castañer** <rfernandez@justicia.pr.gov>                    Fri, Dec 20, 2024 at 5:21 PM
To: JOHN MUDD <johnmuddlaw@gmail.com>

Hello counsel Mudd,

Even though she presented her resignation, the same becomes effective on December 31. Therefore, you may serve personal process upon her at her work until then.

Regards,

*Ledo. Rafael B. Fernández Castañer*
Departamento de Justicia de Puerto Rico
División de Litigios Federales y Quiebras
rfernandez@justicia.pr.gov
(787) 721-2900 Ext: 1423, 22, 21

www.justicia.pr.gov



AVISO DE CONFIDENCIALIDAD: El texto y los documentos que acompañan este correo electrónico están destinados sólo para el uso de la persona, personas o entidades mencionadas anteriormente. Si usted no es uno de los destinatarios se le notifica que cualquier divulgación, copia, distribución o si se lleva a cabo cualquier acción en relación con el contenido de este correo electrónico queda estrictamente prohibido. Si usted ha recibido este correo electrónico por error, favor notificar inmediatamente al Departamento de Justicia al (787) 721-2900, ext. 1423 o 1413 y **devuelva el correo electrónico original a la persona que lo envió.**

CONFIDENTIALITY NOTE: The text and documents accompanying this electronic mail are intended only for the use of the individuals or entities named above. If you are not one of the intended recipients, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this electronic information is strictly prohibited. If you have received this electronic mail by error, please immediately notify the Justice Department at (787) 721-2900, ext. 1423 or 1413 and **return the original electronic mail to the sender.**

**From:** JOHN MUDD <johnmuddlaw@gmail.com>
**Sent:** Friday, December 20, 2024 4:13 PM
**To:** Rafael Fernandez Castañer <rfernandez@justicia.pr.gov>

**To:** johnmuddlaw@gmail.com <johnmuddlaw@gmail.com>
**Subject:** Re: USDC-PR case 24-1462, request for summonses executed

Hello again counsel Mudd,

Confirming our 2nd conversation today, we have received the copy of the executed summonses upon defendants Anaís Rodríguez Vega and Damaris Miranda Maisonave. As per the complaint, they are both sued in their personal capacity only. However, upon review of the executed summonses provided, we have notice that <u>the process server failed to serve personally either of the named defendants</u>, as is required by state law and the federal rules of civil procedure. Until such time, the District Court cannot acquire personal jurisdiction over the named defendants.

For this reason, we will not be making our appearance until such time as the deficiencies in the service of process upon both named defendants are corrected, that is, until they are both personally served. Please take note of the above and kindly proceed accordingly.

Regards,

*Lcdo. Rafael B. Fernández Castañer*
Departamento de Justicia de Puerto Rico
División de Litigios Federales y Quiebras
rfernandez@justicia.pr.gov
(787) 721-2900 Ext: 1423, 22, 21

www.justicia.pr.gov



AVISO DE CONFIDENCIALIDAD: El texto y los documentos que acompañan este correo electrónico están destinados sólo para el uso de la persona, personas o entidades mencionadas anteriormente. Si usted no es uno de los destinatarios se le notifica que cualquier divulgación, copia, distribución o si se lleva a cabo cualquier acción en relación con el contenido de este correo electrónico queda estrictamente prohibido. Si usted ha recibido este correo electrónico por error, favor notificar inmediatamente al Departamento de Justicia al (787) 721-2900, ext. 1423 o 1413 y **devuelva el correo electrónico original a la persona que lo envió.**

CONFIDENTIALITY NOTE: The text and documents accompanying this electronic mail are intended only for the use of the individuals or entities named above. If you are not one of the intended recipients, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this electronic information is strictly prohibited. If you have received this electronic mail by error, please immediately notify the Justice Department at (787) 721-2900, ext. 1423 or 1413 and **return the original electronic mail to the sender.**

---

**From:** Rafael Fernandez Castañer
**Sent:** Friday, December 20, 2024 11:06 AM
**To:** johnmuddlaw@gmail.com <johnmuddlaw@gmail.com>
**Subject:** USDC-PR case 24-1462, request for summonses executed

 **Gmail**                                             JOHN MUDD <johnmuddlaw@gmail.com>

## Re: Case 24-1462 | Clarification of prior email
4 messages

**Rafael Fernandez Castañer** <rfernandez@justicia.pr.gov>                Fri, Dec 20, 2024 at 4:10 PM
To: "johnmuddlaw@gmail.com" <johnmuddlaw@gmail.com>

Hello counsel Mudd,

For your information in the case of reference, after doing additional inquiries, we have confirmed that only defendant Anaís Rodríguez Vega's service of process was deficient.
Defendant Damaris Miranda Maisonave was correctly served.
Therefore, the only corrective action required as to the service of process concerns defendant Anaís Rodríguez Vega.
Please take note of the above information.

Regards,

*Lcdo. Rafael B. Fernández Castañer*
Departamento de Justicia de Puerto Rico
División de Litigios Federales y Quiebras
rfernandez@justicia.pr.gov
(787) 721-2900 Ext: 1423, 22, 21

www.justicia.pr.gov



AVISO DE CONFIDENCIALIDAD: El texto y los documentos que acompañan este correo electrónico están destinados sólo para el uso de la persona, personas o entidades mencionadas anteriormente. Si usted no es uno de los destinatarios se le notifica que cualquier divulgación, copia, distribución o si se lleva a cabo cualquier acción en relación con el contenido de este correo electrónico queda estrictamente prohibido. Si usted ha recibido este correo electrónico por error, favor notificar inmediatamente al Departamento de Justicia al (787) 721-2900, ext. 1423 o 1413 y **devuelva el correo electrónico original a la persona que lo envió.**

CONFIDENTIALITY NOTE: The text and documents accompanying this electronic mail are intended only for the use of the individuals or entities named above. If you are not one of the intended recipients, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this electronic information is strictly prohibited. If you have received this electronic mail by error, please immediately notify the Justice Department at (787) 721-2900, ext. 1423 or 1413 and **return the original electronic mail to the sender.**

**From:** Rafael Fernandez Castañer <rfernandez@justicia.pr.gov>
**Sent:** Friday, December 20, 2024 12:27 PM